JUDGE McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN THE MATTER OF THE APPOINTMENT

OF

Criminal Justice Act Panels for
Foley Square and White Plains
And
Capital Case Panel and Habeas Panel

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19 MISC 0552

ORDER

M10-468



FILED NOV 27 2019 S.D. OF N.Y.

The following attorneys are hereby appointed to the Criminal Justice Act Panel serving the Foley Square Courthouse the White Plains Courthouse, and the Capital Case and Habeas Panels for a three (3) year term commencing January 1, 2020 and expiring on December 31, 2022. This order is issued pursuant to a resolution of the Board of Judges approved on October 30, 2019.

**FOLEY SQUARE**

| | | |
|---|---|---|
| Camille M. Abate | Andrew J. Frisch | Jeffrey G. Pittell |
| Sarah Aberg | Rita M. Glavin | James Roth |
| Leonardo M. Aldridge | Samuel Gregory | Sarah Sacks [Bennett Epstein] |
| David B. Anders | Joseph A. Grob | Carla Sanderson |
| Michael K. Bachrach © | Sean Hecker   [Jenna Dabbs] | Michael S. Schachter |
| James M. Branden | Richard Jasper   © | Sam A. Schmidt |
| John M. Burke | Tim Kasulis   [Robert Radick] | Lisa Scolari |
| Helen V. Cantwell [John Gleeson] | Matthew J. Kluger | Sabrina Shroff |
| Stephanie M. Carvlin | Sarah Kunstler | Jesse M. Siegel |
| Anthony Cecutti | Steven Lynch | Michael H. Sporn |
| Brooke Cucinella  [Mark Stein] | Elizabeth E. Macedonio © | Mark J. Stein [Brook Cucinella] |
| Irving Cohen | Susan K. Marcus   © | David Stern   © |
| Kelly T. Currie   [Glen McGorty] | Glen G. McGorty [Kelly Currie] | Jocelyn Strauber[David Meister] |
| César de Castro | David Meister  [Jocelyn Strauber] | Anthony Strazza |
| Jenna Dabbs   [Sean Hecker] | Kenneth J. Montgomery © | Zachary S. Taylor |
| Christine Delince [Esere Onaodowan] | Matthew D. Myers | Natalie J.H. Todd   © |
| Thomas F.X. Dunn | Aaron Mysliwiec | Scott B. Tulman |
| Louis V. Fasulo | Alan M. Nelson | Judith Vargas |
| Harvey Fishbein   © | Grainne Elizabeth O'Neill | Donald J. Yannella   © |
| Jason Foy | Esere Onaodowan[Christie Delince] | John T. Zach |
| Eric Franz | Kenneth A. Paul | Benjamin Zemen |

© Applicant is also on Capital Case Panel.
[ ] Applicant shares one spot with Panel member indicated in brackets.

In the Matter of the Appointment of Criminal Justice Act Panels for Foley Square and White Plains, Capital Case Panel and Habeas Panel and White Plains Standby List.

### WHITE PLAINS

Michael Kennedy Burke
John S. Wallenstein
Francis O'Reilly
Joseph Facciponti   [Steven Feldman]
Steven Feldman     [Joseph Facciponti]

### CAPITAL CASE PANEL

Michael Bachrach
Harvey Fishbein
Richard Jasper
Elizabeth Macedonio
Susan Marcus
David Stern
Donald Yannella
Kenneth Montgomery
Natalie Todd

### HABEAS PANEL

John Burke
Alan M. Nelson
Jeffrey G. Pittell

### WHITE PLAINS STANDBY LIST

| | | |
|---|---|---|
| Leonardo M. Aldridge | Jason E. Foy | Jeffrey G. Pittell |
| James M. Branden | Matthew J. Kluger | Sam A. Schmidt |
| John M. Burke | Elizabeth E. Macedonio | Jesse M. Siegel |
| Stephanie Marie Carvlin | Susan Marcus | Michael H. Sporn |
| Anthony Cecutti | Alan M. Nelson | David M. Stern |
| Cesar de Castro | Grainne Elizabeth O'Neill | Anthony Strazza |
| Thomas F. X. Dunn | Kenneth A. Paul | Natali Todd |
| Louis V. Fasulo | | Scott B. Tulman |

SO ORDERED

_____
Colleen McMahon
Chief Judge

Dated: November 27, 2019
New York, New York